No. 39,959

ALMA WITEK, *Appellee*, v. WICHITA SCHOOL OF FINE ARTS, *Appellant*.

(299 P. 2d 52)

 Order filed June 30, 1956.

*Donald R. Newkirk*, of Wichita, argued the cause and *Howard T. Fleeson*, *Homer V. Gooing*, *Wayne Coulson*, *Paul R. Kitch*, *Dale M. Stucky*, *Robert J. Hill*, *Gerrit H. Wormhoudt*, and *Theodore C. Geisert*, all of Wichita, were with him on the briefs for the appellant.

*John W. Sowers*, of Wichita, argued the cause and *Claude E. Sowers*, of Wichita, was with him on the briefs for the appellee.

## ORDER

Inasmuch as one of the justices is legally disqualified to participate in an opinion involving the issues raised on appeal in this action, and the remaining six justices are equally divided in opinion, it is ordered that the judgment of the trial court must stand.